MARCH 8, 1984

GRIEVANCE ADMINISTRATOR v FAZIO. (Docket No. 72686.) Leave to appeal denied. *Michael Alan Schwartz,* Grievance Administrator, *Eugene N. LaBelle,* Deputy Grievance Administrator, and *William E.*

*Lang,* Associate Counsel, for petitioner-appellee. *James G. McMahon* for respondent-appellant.

MARCH 9, 1984

